**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 13 B 42623 |
| Sandra Le'Trese Streeter | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/31/2013.

2)  The plan was confirmed on 02/13/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5)  The case was Dismissed on 07/05/2017.

6)  Number of months from filing to last payment: 44.

7)  Number of months case was pending: 48.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $13,976.16 |
| Less amount refunded to debtor | $2,634.83 |

**NET RECEIPTS:**      **$11,341.33**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $401.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$401.15**

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Recovery Bureau | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 149.16 | NA | NA | 0.00 | 0.00 |
| AmeriLoan | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 774.43 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic Institute | Unsecured | 95.70 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 9,022.00 | 8,321.68 | 8,321.68 | 3,934.97 | 0.00 |
| Chase Bank | Unsecured | 5,567.00 | NA | NA | 0.00 | 0.00 |
| Chicago Lake Shore Medical | Unsecured | 109.20 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 2,269.63 | 3,860.00 | 3,860.00 | 1,818.81 | 0.00 |
| City of Chicago Department of Water | Unsecured | 787.88 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago EMS | Unsecured | 359.90 | 259.90 | 259.90 | 123.67 | 0.00 |
| Columbia House | Unsecured | 74.82 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 546.94 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 891.31 | 661.11 | 661.11 | 314.58 | 0.00 |
| Creditors Collection Bureau | Unsecured | 33.90 | NA | NA | 0.00 | 0.00 |
| Creditors Exchange Bankruptcy & | Unsecured | 1,644.13 | NA | NA | 0.00 | 0.00 |
| CSCOAS15 | Unsecured | 205.88 | NA | NA | 0.00 | 0.00 |
| Department Of Education/MOHELA | Unsecured | 49,323.72 | 66,747.76 | 66,747.76 | 0.00 | 0.00 |
| Emergency Room Care Providers | Unsecured | 21.70 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,250.10 | NA | NA | 0.00 | 0.00 |
| Fine collection center | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| First Federal Credit Contron | Unsecured | 155.25 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 548.94 | NA | NA | 0.00 | 0.00 |
| Frost-Arnett Collection | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services Inc | Unsecured | 107.36 | NA | NA | 0.00 | 0.00 |
| Holy cross Hospital | Unsecured | 756.36 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 92.90 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Transportation | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 651.38 | 651.38 | 309.95 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | NA | 992.75 | 992.75 | 472.38 | 0.00 |
| Jesse White Secretary of State | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| LCMH Affiliated Service | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Groggan Blair & Sampson, LL | Unsecured | 192.50 | NA | NA | 0.00 | 0.00 |
| Linebarger Groggan Blair & Sampson, LL | Unsecured | 292.50 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 3,656.37 | 1,475.11 | 1,475.11 | 699.53 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 3,469.25 | NA | NA | 0.00 | 0.00 |
| Matteson Fire Department | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau LLC | Unsecured | 1,182.01 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 982.46 | NA | NA | 0.00 | 0.00 |
| MetaBank/Advance | Unsecured | 54.44 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 390.59 | NA | NA | 0.00 | 0.00 |
| MirMed (MMRG) | Unsecured | 76.70 | NA | NA | 0.00 | 0.00 |
| Mjollnir Group Inc | Unsecured | 830.00 | NA | NA | 0.00 | 0.00 |
| MTI | Unsecured | 58.44 | NA | NA | 0.00 | 0.00 |
| Murphy Loman & Associates | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System, Inc. | Unsecured | 2,351.04 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Faculty Foundatic | Unsecured | 144.24 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Faculty Foundatic | Unsecured | 311.67 | NA | NA | 0.00 | 0.00 |
| orizon Pathogology Foundation | Unsecured | 10.80 | NA | NA | 0.00 | 0.00 |
| Pathology consultants of Chicago | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,526.79 | 2,668.02 | 2,668.02 | 1,248.90 | 0.00 |
| Piyush c. Buch, M.D. P.C. | Unsecured | 102.70 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 2,740.03 | 2,740.03 | 1,282.61 | 0.00 |
| Premier Bankcard | Unsecured | 407.37 | 399.66 | 399.66 | 190.17 | 0.00 |
| Premier Bankcard | Unsecured | 733.63 | 732.58 | 732.58 | 348.58 | 0.00 |
| Professional Account Management | Unsecured | 447.17 | NA | NA | 0.00 | 0.00 |
| Richton Park Fire Department | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 24,919.00 | NA | NA | 0.00 | 0.00 |
| Smith & Associates | Unsecured | 1,149.73 | NA | NA | 0.00 | 0.00 |
| St James Hospital & Health Centers | Unsecured | 171.01 | NA | NA | 0.00 | 0.00 |
| The Cardiology Group Inc | Unsecured | 2.80 | NA | NA | 0.00 | 0.00 |
| ultra vx | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Umecker | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| university of Chicago Medical Center | Unsecured | 285.52 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 422.91 | 411.98 | 411.98 | 196.03 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$89,921.96** | **$10,940.18** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $401.15 |
| Disbursements to Creditors | $10,940.18 |
| | |
| **TOTAL DISBURSEMENTS :** | **$11,341.33** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2017                              By: /s/ Marilyn O. Marshall
                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**